```
                                                            FILED
                                                      U.S. DISTRICT COURT
          IN THE UNITED STATES DISTRICT COURT          MIDDLE GEORGIA
           FOR THE MIDDLE DISTRICT OF GEORGIA
                    ALBANY DIVISION              2009 SEP 25  AM 11 42

                                                            WKS
                                                       _____
                                                        DEPUTY CLERK
```

MICHAEL BRELON JACKSON,

    Plaintiff,

CASE NO.: 1:08-CV-54 (WLS)

vs.

JIM MILLER, Deputy Warden
ELIJAH MCCOY, and
Captain GEORGE ANDERSON,

    Defendants.

## ORDER

Before the Court is an Order and Recommendation (Doc. 28) from United States Magistrate Judge Richard L. Hodge, filed August 20, 2009. It is recommended that Defendants' Motion for Summary Judgment be granted. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Recommendation should be, and hereby is, ACCEPTED, ADOPTED and made the order of this Court. Accordingly, Defendants' Motion for Summary Judgment is GRANTED.

SO ORDERED, this 24th day of **September, 2009.**

/s/ W. Louis Sands

**W. LOUIS SANDS, JUDGE**
**UNITED STATES DISTRICT COURT**